# LAW OFFICES
# THOMAS TORTO
# 419 PARK AVENUE SOUTH
# NEW YORK, N.Y. 10016

———————

**E-MAIL: ttorto@tortolaw.com**
**TELEPHONE (212) 532-5881**
**FAX (212) 481-5851**

**THOMAS TORTO**
**MEMBER N.Y. AND FLA. BAR**

**JASON LEVINE**
**JEREMY M. WEG**

May 11, 2017

<u>**VIA ECF**</u>

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　Re:　Bhutta v. Vanchoc Transport Inc.
　　　　　<u>Civil Action No. 15-cv-3333 (LDH)(RML)</u>

Dear Judge DeArcy Hall:

　　　As the attorney for defendant Vanchoc Transport Inc. d/b/a VTI Transport ("Vanchoc") in this action, and pursuant to Your Honor's direction during this afternoon's pre-motion conference, I respectfully submit the annexed notice of motion for summary judgment dismissing the complaint.

　　　Thank you for your attention.

　　　　　　　　　Respectfully,

　　　　　　　　　**THOMAS TORTO**

cc:　Borrelli & Associates, PLLC (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------x
: 
OMAR BHUTTA, on behalf of himself,
individually, and on behalf of all others      :        **NOTICE OF MOTION FOR**
similarly situated,                                            **SUMMARY JUDGMENT**
                                                          :        **DISMISSING THE COMPLAINT**
       Plaintiff,
                                                          :        Docket No. 15-CV-3333 (LDH)(RML)
      - against -
                                                          :
VANCHOC TRANSPORT INC.,
d/b/a VTI TRANSPORT,                             :

      Defendant.                          :
----------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the parties' respective pre-motion

submissions and the exhibits annexed thereto; and the parties' respective Amended Local Rule

56.1 Statements and the exhibits annexed thereto; and pursuant to the direction of Hon. LaShann

DeArcy Hall during the parties' pre-motion conference on May 11, 2017, Defendant Vanchoc

Transport Inc., d/b/a VTI Transport ("Vanchoc") will move before the Hon. LaShann DeArcy

Hall at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York

11201 for an Order:

      (1)     pursuant to FRCP 56 granting defendant Vanchoc summary judgment

dismissing the plaintiff's complaint upon the grounds that there are no questions of fact, and that

as a matter of law, Vanchoc is entitled to dismissal of the complaint; and

(2)     awarding such other and further relief as the Court deems just and proper.

Dated: New York, New York
         May 11, 2017

_____

THOMAS TORTO (TT 9747)
Attorney for Defendant
419 Park Avenue South
New York, New York 10016
(212) 532-5881

TO:     BORRELLI & ASSOCIATES, PLLC
        Attorneys for Plaintiff
        1010 Northern Boulevard, Suite 328
        Great Neck, New York 11021
        (516) 248-5550

## AFFIRMATION OF SERVICE

THOMAS TORTO affirms under penalty of perjury:

1.       I am an attorney admitted to practice in the Courts of New York State; am not a party to this action and maintain an office at 419 Park Avenue South, New York, New York 10016.

2.       On May 11, 2017, I sent electronically to all E-Mail Addresses of Record posted on the electronic filing system in this electronically-filed action, the attached Notice of Motion for Summary Judgment Dismissing the Complaint, by uploading the aforementioned document to the court's electronic filing system.

3.       The party served were as follows:

BORRELLI & ASSOCIATES, PLLC
Attorneys for Plaintiff
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
(516) 248-5550

Dated:  New York, New York
      May 11, 2017

_____
         THOMAS TORTO

15-CV-3333 (LDH)(RML)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OMAR BHUTTA, on behalf of himself,
individually, and on behalf of all others
similarly situated,

        Plaintiff,

        - against -

VANCHOC TRANSPORT INC.,
d/b/a VTI TRANSPORT,

        Defendant.

## NOTICE OF MOTION FOR SUMMARY
## JUDGMENT DISMISSING THE COMPLAINT

THOMAS TORTO (9747)
Attorney for Defendant
419 Park Avenue South
New York, New York 10016
(212) 532-5881